**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



REVISED ORDER

| | |
|---|---|
| Appellate case name: | Dawn M. Coulson v. Leslie Kiefer Amann, Dependent Administrator with Will Annexed of the Estate of Robert C. Kiefer, Deceased, and as President of Walden Technology, Inc. |
| Appellate case numbers: | 01-17-00720-CV, 01-17-00721-CV |
| Trial court case number: | 424767<br>424767-401 |
| Trial court: | Probate Court No. 2 of Harris County |

Appellant, Dawn M. Coulson, and appellee, Leslie Kiefer Amann, Dependent Administrator with Will Annexed of the Estate of Robert C. Kiefer, Deceased, and as President of Walden Technology, Inc., have filed a "Joint Report Advising the Court of the Status of the Settlement Negotiations and Request for Extension of Stay Pending Approval by Probate Court," representing that they "have finalized a settlement agreement" that "is subject to the approval of Probate Court Number 2" and, upon approval, the appeals will be dismissed. The parties request that the Court "extend the stay of the appeal proceedings until the probate court rules on the motion for approval of the settlement." We **grant** the motion.

Accordingly, the parties shall file no later than **June 29, 2018**, a motion to reinstate and dismiss the appeals, a motion to reinstate and proceed with the appeals, or a report advising the Court of the status of the settlement proceedings. If the parties do not respond as directed by June 29, 2018, the cases will be reinstated on the Court's active docket and the appeals will proceed under the applicable Texas Rules of Appellate Procedure.

The appeals remains abated, treated as a closed cases, and removed from this Court's active docket.

It is so ORDERED.

Judge's signature: /s/ Terry Jennings
☑ Acting individually      ☐ Acting for the Court

Date: May 22, 2018